**In re U.S. EDUCATION FINANCE MANAGEMENT CORPORATION.**

No. 04–1123.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 2, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).